UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> -against- <br><br> N-STAR REAL ESTATE CDO VII LTD, U.S. BANK NATIONAL ASSOCIATION, as Trustee, and NS ADVISORS, LLC, <br><br> Defendants. | 11-CV-7975 (RWS) <br><br> **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

**NOTICE OF VOLUNTARY DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff Bank of America, N.A., by its attorneys Cadwalader, Wickersham & Taft LLP, hereby gives notice that it voluntarily dismisses all of its claims, with prejudice, against the defendants N-Star Real Estate CDO VII Ltd., U.S. Bank National Association, and NS Advisors, LLC.

Dated: New York, New York
       May 14, 2012

CADWALADER, WICKERSHAM & TAFT LLP

By: _____*Howard R. Hawkins, Jr*_____
         Howard R. Hawkins, Jr

One World Financial Center
New York, New York  10281
Telephone: (212) 504-6000
howard.hawkins@cwt.com

*Attorneys for Plaintiff*
*Bank of America, N.A.*